GIBBS ET AL., APPELLANTS, *v.* SIMCOTE, INC., APPELLEE.

[Cite as *Gibbs v. Simcote, Inc.* (1995), 71 Ohio St.3d 651.]

(No. 93–2429—Submitted February 21, 1995—Decided April 5, 1995.)

---

*John S. Marshall; Hobson & Kolman* and *Gordon G. Hobson,* for appellants.

*Calfee, Halter & Griwold* and *Richard P. Goddard; Frericks & Howard* and *Thomas Frericks,* for appellee.

---

The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *Fyffe v. Jeno's, Inc.* (1991), 59 Ohio St.3d 115, 570 N.E.2d 1108.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.